# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| ADAM WHITMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:21-cv-00756-TKW-EMT |
| LAW OFFICES OF ADAM J. KATZ, P.A, | ) ) ) ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Plaintiff, ADAM WHITMAN, ("Plaintiff"), through his attorney, Shireen Hormozdi, informs this Honorable Court that Plaintiff and Defendant, LAW OFFICES OF ADAM J. KATZ, P.A, have reached a settlement in this case. Plaintiff anticipates dismissing Defendant, LAW OFFICES OF ADAM J. KATZ, P.A, with prejudice, within 60 days.

RESPECTFULLY SUBMITTED,

May 27, 2021

By: /s/ Shireen Hormozdi
Shireen Hormozdi
HORMOZDI LAW FIRM, LLC
1770 Indian Trail Lilburn Road, Suite 175
Norcross, GA 30093
Tel: 678-395-7795
Fax: 866-929-2434
shireen@agrusslawfirm.com
shireen@norcrosslawfirm.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I certify that on May 27, 2021, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

                              By: /s/ Shireen Hormozdi
                                      Shireen Hormozdi