UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ADAM WHITMAN**,

    **Plaintiff**,

v.                                                     Case No. **3:21cv756-TKW-EMT**

**LAW OFFICES OF ADAM J.
KATZ, PA**,

    **Defendant**.
_____/

## ORDER

Based on Plaintiff's notice of settlement (Doc. 4), it is **ORDERED** that the parties shall file a status report 60 days from the date of this Order (and every 30 days thereafter) if a notice or stipulation of dismissal is not filed by then.

**DONE and ORDERED** this 28th day of May, 2021.

*T. Kent Wetherell, II*
_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**