# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| ADAM WHITMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:21-cv-00756-TKW-EMT |
| | ) |
| LAW OFFICES OF ADAM J. KATZ, P.A, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, ADAM WHITMAN, ("Plaintiff"), through his attorney, HORMOZDI LAW FIRM, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant, LAW OFFICES OF ADAM J. KATZ, P.A, with prejudice.

RESPECTFULLY SUBMITTED,

June 30, 2021         By: /s/ Shireen Hormozdi
                          Shireen Hormozdi
                          HORMOZDI LAW FIRM, LLC
                          1770 Indian Trail Lilburn Road, Suite 175
                          Norcross, GA 30093
                          Tel: 678-395-7795
                          Fax: 866-929-2434
                          shireen@agrusslawfirm.com
                          shireen@norcrosslawfirm.com
                          Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I certify that on June 30, 2021, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Shireen Hormozdi
      Shireen Hormozdi