UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ADAM WHITMAN**,

    **Plaintiff**,

v.                           Case No. 3:21cv756-TKW-EMT

**LAW OFFICES OF ADAM J. KATZ, PA**,

    **Defendant**.
_____/

## ORDER OF DISMISSAL

Based on Plaintiff's notice of voluntary dismissal (Doc. 6), it is **ORDERED** that this case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and the Clerk shall close the case file.

**DONE and ORDERED** this 1st day of July, 2021.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**